**FILED**

Nov 01, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-MJ-00119-EPG |
|---|---|
| Plaintiff, | |
| v. | **ORDER UNSEALING COMPLAINT AND ARREST WARRANT FOR OFFENDER DEFENDANT BENJAMIN JAMES SMITH** |
| BENJAMIN JAMES SMITH, | |
| Defendant. | |

The United States, having arrested the defendant, BENJAMIN JAMES SMITH, on an arrest warrant and the need for sealing the Complaint and Arrest Warrant as to defendant SMITH has ceased;

IT IS ORDERED that the Complainant and Arrest Warrant shall be unsealed as to defendant.

Dated: **Nov 1, 2024**

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE